Form a0odfpf
(3/20)

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: February 25, 2021**

C. Kathryn Preston
United States Bankruptcy Judge

---

### UNITED STATES BANKRUPTCY COURT

**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

---

In Re:  Christina L. Lawson

       Debtor(s)

SSN/TAX ID:
    xxx–xx–4341

Case No.: 2:20–bk–54989

Chapter:  7

Judge:   C. Kathryn Preston

---

### ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

An Order Approving Payment of Filing Fee in Installments was previously entered.   A payment scheduled to be made has not been received.

All unpaid fees remain due and owing as of the date of the dismissal.

Accordingly, this case is DISMISSED for failure to pay the required filing fee in accordance with 28 U.S.C. § 1930.

SO ORDERED.