# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In Re:   Christina L. Lawson                )
                                        )   Chapter   7
                                        )   Case No. 20-54989
        Debtor            )   Judge Preston
                                        )
                                        )   **MOTION TO RECONSIDER**
                                        )
                                        )

Debtor, Christina L. Lawson, by and through his undersigned counsel, respectfully request this Court reconsider the dismissal of her Chapter 7 bankruptcy, vacate the dismissal, and reinstate her case for reasons more fully set forth in the following Memorandum.

Respectfully submitted,

/s/ Jason M. Knapp, Esq.
Jason M. Knapp, Esq. 0085073
Attorney for Debtor
5 East Long Street, Suite 300
Columbus, OH 43215
(614) 228-4480
(614) 228-4440 Fax

## **MEMORANDUM**

Debtor filed this Chapter 7 bankruptcy on October 30, 2020. This Court granted Debtor's Application to Pay Filing Fees in Installments on November 2nd, 2020. Debtor missed her due date and, consequently, her case was dismissed on February 25th, 2020. Debtor misunderstood the amount that was due, and Debtor's third payment to the court was short by $5.00. Debtor has since paid the remaining amount due to the court.

Debtor prays this Court reconsider dismissal of his Chapter 7 bankruptcy, vacate the Order Dismissing Debtor, and reinstate Debtor's case.

## Form 20A NOTICE OF MOTION

The Debtor(s) has/have filed papers with this Court requesting the relief sought in the Motion enclosed with the NOTICE.

**Your rights may be affected.   You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case.   (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to GRANT the relief requested in the enclosed MOTION, or If you want the Court to consider your views on the MOTION, then on or before **21 days after the date of filing of this motion** you or your attorney must:

1. File with the Court, a written response to the MOTION expressing your objection or viewpoint.   The response is to be filed with the Clerk of Courts at 170 N. High St. Columbus, Ohio 43215.

    If you mail your written response to the Court for filing by the Clerk, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2. You must also mail a copy of the written response to **Rauser & Associates, 5 East Long Street Suite 300.   Columbus, OH 43215.**

3. You must also mail a copy of the written response to the Debtor(s) at the address listed on the front of this paper entitled Certificate Of Service.

4. Finally, you must attend any Court hearing scheduled to consider this MOTION.   The Court will likely schedule an oral hearing and serve only those parties who have in fact filed a written response.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the MOTION and may enter an order granting that relief.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was sent by regular U.S. mail (unless otherwise indicated) on February 26, 2021, to the following:

**Trustee:**
Amy L Bostic
1160 Dublin Road
Suite 400
Columbus, OH 43215

**US Trustee**
*(electronic)*

**Debtor:**
Christina L. Lawson
1459 Jefferson Ave.
Columbus, OH 43211

**Creditors:**
Consumer Portfolio Services, Inc
PO Box 57071
Irvine, CA 92619

Columbia Gas Of Ohio
P.O. Box 9001847
Louisville KY 40290

2:20-bk-54989|Consumer Portfolio Services, Inc |PO Box 57071|Irvine, CA 92619-7071||||
2:20-bk-54989|Asst US Trustee (Col) |Office of the US Trustee|170 North High Street|Suite 200|Columbus, OH 43215-2417||
2:20-bk-54989|CNS Port Svc |P.O. Box 57071|Irvine, CA 92619-7071| |||
2:20-bk-54989|COLUMBIA GAS|290 W NATIONWIDE BLVD 5TH FL|BANKRUPTCY DEPARTMENT|COLUMBUS OH 43215-4157|||preferred
2:20-bk-54989|Debt Rec Sol |900 Merchants Conc|Westbury, NY 11590-5142| |||
2:20-bk-54989|Midland Funding |8875 Aero Dr.|San Diego, CA 92123-2255| |||
2:20-bk-54989|NCA |P.O. Box 550|327 West 4th St.|Hutchinson, KS 67501-4842| ||
2:20-bk-54989|National Auto Accept |Po Box 28008|Columbus, OH 43228-0008| |||

                                             /s/ Jason M. Knapp, Esq.
                                             Jason M. Knapp, Esq. 0085073
                                             Attorney for Debtor

5 East Long Street, Suite 300
Columbus, OH 43215
(614) 228-4480
(614) 228-4440 Fax