**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: March 31, 2021**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| | ) | |
| Christina L. Lawson | ) | CASE NO. 20-54989 |
| | ) | |
| | ) | JUDGE Preston |
| Debtor. | ) | |
| | ) | **ORDER ON MOTION TO RECONSIDER** |
| | ) | **DISMISSAL, DOCUMENT #25** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on the Motion to Reconsider Dismissal (Document #25). There have been no responsive pleadings. The case shall be reinstated.

It is therefore **ORDERED** that the motion is granted and the order for dismissal that was filed on February 25, 2021 (Document #24), having been reconsidered, is vacated. The case is hereby reinstated.

**IT IS SO ORDERED.**

**Copies To:**

**ALL CREDITORS AND PARTIES IN INTEREST**